# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**MAIMEN ABEL GOUNMANQUAH**     **CASE NO. 6:18-CV-00230 SEC P**
    **#A074-621-246**

**VERSUS**     **JUDGE ROBERT G. JAMES**

**JEFFERSON B SESSIONS III, ET AL.**     **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED AND DECREED that Gounmanquah's habeas petition be **DISMISSED AS MOOT**.

Signed at Monroe, Louisiana, this 14th day of May, 2018.

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**